UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40607
    LYDIA J CHAFF
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5667


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 11/02/2004 and was confirmed 12/16/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/03/2008.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MTG | NOTICE ONLY | NOT FILED | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | MORTGAGE ARRE | 8779.70 | .00 | 8779.70 |
| CREDIT ACCEPTANCE CORP | SECURED | 6500.00 | 4361.51 | 207.97 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 888.98 | .00 | 88.90 |
| NCM TRUST | UNSECURED | 2975.94 | .00 | 297.59 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1762.65 | .00 | 176.27 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 1170.13 | .00 | 117.01 |
| STARKS & BOYD PC | DEBTOR ATTY | 1,794.00 | | 1,794.00 |
| TOM VAUGHN | TRUSTEE | | | 936.17 |
| DEBTOR REFUND | REFUND | | | 1,947.88 |

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 18,707.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 8,987.67 |
|     INTEREST | | 4,361.51 |
| UNSECURED | | 679.77 |
| ADMINISTRATIVE | | 1,794.00 |
| TRUSTEE COMPENSATION | | 936.17 |
| DEBTOR REFUND | | 1,947.88 |
| | --------------- | --------------- |
| TOTALS | 18,707.00 | 18,707.00 |


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 40607 LYDIA J CHAFF

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE